

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00277-CR

| | | |
|---|---|---|
| Chance William Moore | § | From the 371st District Court |
| | § | of Tarrant County (1464825D) |
| v. | § | August 16, 2018 |
| | § | Opinion by Justice Kerr |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr